UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

PATRICIA A. MARTONE,

        Plaintiff,

- against -

ROPES & GRAY LLP,

        Defendant.
----------------------------------------X

ECF CASE

Case No. 11-civ-1990 (JGK)

NOTICE OF MOTION
TO COMPEL

      PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 37 and the Court's October 4, 2011 Order, plaintiff Patricia A. Martone moves the Court to compel defendant Ropes & Gray LLP to produce certain documents and communications.

Dated: New York, New York
       October 7, 2011

                             VLADECK, WALDMAN, ELIAS &
                             ENGELHARD, P.C.

              By:      s/ Anne C. Vladeck
                      Anne C. Vladeck
                      Maia Goodell
                      Jeremiah Iadevaia
                      Attorneys for Plaintiff
                      1501 Broadway, Suite 800
                      New York, New York 10036
                      (212) 403-7300

389526 v1