UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIA MARTONE,

      Plaintiff,

 - against -

ROPES & GRAY, LLP,

      Defendant.

11 Civ. 1990 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at today's hearing, the plaintiff's motion to compel is **granted**. The Clerk is directed to close Docket No. 17.

SO ORDERED.

Dated: New York, New York
    November 23, 2011

              _____
              John G. Koeltl
            United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-28-11