VLADECK, WALDMAN, ELIAS & ENGELHARD, P.C.

COUNSELORS AT LAW

1501 BROADWAY

NEW YORK, N.Y. 10036

TEL 212/403-7300

FAX 212/221-3172

ANNE C. VLADECK

WRITER'S DIRECT DIAL

(212) 403-7327

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-10-12

September 7, 2012


RECEIVED
SEP 07 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

**BY FACSIMILE**

Honorable John G. Koeltl
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Martone v. Ropes & Gray LLP, 11-CIV-1990 (JGK)

Dear Judge Koeltl:

We represent the plaintiff, Patricia Martone. We write regarding the current schedule. Pursuant to the Court's Order dated July 26, 2012, Plaintiff's Opposition to Defendant's Motion for Summary Judgment is due Monday, September 10, 2012. Following the conference with the Court on August 31, 2012, the parties have had discussions about redactions to the documents plaintiff is filing under seal. In light of the ongoing discussions, we respectfully request with defendant's consent a brief extension of the deadline for plaintiff to file her summary judgment opposition papers to September 14, 2012, with a commensurate extension of defendant's deadline for reply papers to October 15, 2012. This is the first request for an extension of the deadlines set forth in the July 26, 2012 Order and takes into account the upcoming Jewish holidays.

Respectfully submitted,

*Anne C. Vladeck*

Anne C. Vladeck

ACV/vb

cc: Lloyd B. Chinn, Esq. (by email)
Bettina B. Plevan, Esq. (by email)

APPLICATION GRANTED
SO ORDERED

*John G. Koeltl*
John G. Koeltl, U.S.D.J.

9/7/12

472274 v1