EXHIBIT A

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/16/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

PATRICIA A. MARTONE,

                Plaintiff,

        -against-

ROPES & GRAY, LLP,

                Defendant.

--------------------------------------------------------x

Civil Action No. 11-civ-1990 (JGK)

**ECF CASE**

**STIPULATION OF WITHDRAWAL
AND DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that all claims and counterclaims that were or could have been brought in the above-captioned litigation are hereby withdrawn and shall be and hereby are dismissed in their entirety, with prejudice, and without attorney's fees, costs, or disbursement to any party.

Vladeck, Waldman, Elias & Engelhard, PC
Attorneys for Plaintiff
By: _Anne Vladeck_

Anne C. Vladeck, Esq.
Debra L. Raskin, Esq.
1501 Broadway
New York, NY 10036
212-403-7300

Proskauer Rose LLP
Attorneys for Defendant
By: _____

Bettina B. Plevan, Esq.
Lloyd B. Chinn, Esq.
11 Times Square
New York, NY 10036
212-969-3200

SO ORDERED
_John G. Koeltl_
5/16/13

10

521759 v2